AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sanders Harold Barefoot Jr. | Northern Dist. of Texas | 7/1/04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Dist. Judge | __ Nomination, Date _____. <br> __ Initial ✔ Annual __ Final | 1/1 – 12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1106 Commerce <br> Dallas TX 75242 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| ☒ | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

RECEIVED JUL 7 11 28 AM '04 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| ☒ | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| ☒ | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☒ | NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☒ NONE (No such reportable reimbursements.) | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities.) | | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

NONE (No reportable income,

| # | Description of Assets | Income Amount (A,B,C) | Type (Int/Div) | Value Code | Value Method | Transaction Type | Date Month/Day | Value Code | Gain Code | Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ORLEAS TX 3.75 | B | INT. | | | REDEMPT 7/9 | | K | A | |
| 2 | WILSON BOUTY TX 4.5 | B | INT. | L | T | | | | | |
| 3 | AUSTIN TX 6.3 '04 | | " | K | T | | | | | |
| 4 | TARRANT COUNTY TX 4.75 | B | " | L | T | | | | | |
| 5 | DFW BRANIFF BG 6.75 | A | " | J | T | PARTIAL REDEMPT 11/3 | | J | C | |
| 6 | SAN ANTONIO 4.875 | C | " | M | T | | | | | |
| 7 | DFW BRANIFF GTS 8. | B | " | K | T | | | | | |
| 8 | BRAZOS RIVER 5.8 | B | " | | | REDERM 7/9 | | K | B | |
| 9 | LCRA TX 5 5/8 | C | " | L | T | | | | | |
| 10 | UT AUSTIN 5 3/8 | C | " | L | T | | | | | |
| 11 | HARRIS COUNTY TX 5. | B | " | L | T | | | | | |
| 12 | SABINE RIVER 5.8 | C | " | | | REDEMPT. 11/3 | | L | D | |
| 13 | ALLIANCE BOND FUND | D | " | M | T | | | | | |
| 14 | EVERGREEN MONEY MRT | A | " | M | T | | | | | |
| 15 | WILLIAMS COS. COMMON | A | DIV | J | T | | | | | |
| 16 | FIDELITY EMRG. ASIA | NONE | | J | T | | | | | |
| 17 | NUVEEN GROWTH | A | DIV | J | T. | | | | | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| SANDERS | 7/1/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | Description of Assets | A. Income Amt Code | B. Type | C. Value Code | D. Value Method | E1 | E2 | E3 | E4 | E5 |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, | | | | | | | | | |
| 1 | ACM Govt. Ford | D | DIV. | M | T | BOY MORE | 11/21 | J | | |
| 2 | AES Corp. | NONE | | J | T | | | | | |
| 3 | ALLIANCE WORLD | A | DIV | J | T | | | | | |
| 4 | AMERADA HESS | A | DIV | J | T | | | | | |
| 5 | AIG | A | DIV. | K | T | | | | | |
| 6 | BIO PORE | NONE | | J | T | BUY MORE B | 4/15 8/1 | J | HOME | |
| 7 | C NET | NONE | | J | T | | | | | |
| 8 | CSX | B | DIV | K | T | | | | | |
| 9 | DWFF / PHELPS UTILS | D | " | M | T | | | | | |
| 10 | EL PASO ENERGY PTNRS | E | Distrib | H | T | | | | | |
| 11 | FIRST INDUSTRIAL | B | DIV | J | T | | | | | |
| 12 | HARTFORD INCOME SH. | C | " | J | T | | | | | |
| 13 | GEN. MOTORS | A | " | J | T | | | | | |
| 14 | FOSTER WHEELER | NONE | | J | T | | | | | |
| 15 | GLAXO SMITH KLINE | B | DIV. | L | T | | | | | |
| 16 | ILLINOIS TOOL | A | DIV | J | T | | | | | |
| 17 | KIMBEL MORGRAPHIC | A | DIV | J | T | | | | | |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | Description | Income Amt Code (A-H) | Type | Value Code (J-P) | Value Method (Q-W) | Type (Buy, Sell, Redemption) | Date Month & Day | Value Code (J-P) | Gain Code (A-H) | Identity of Buyer/Seller |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, | | | | | | | | | |
| 1 | LIBERTY PROPTY | B | DIV | √ | T | | | | | |
| 2 | MFS TRUST | C | " | L | T | | | | | |
| 3 | MERCIC | A | " | K | T | | | | | |
| 4 | MERRILL LYNCH COMMON | A | " | K | T | | | | | |
| 5 | " " PFD | C | " | L | T | | | | | |
| 6 | MESA OFFSHORE | NONE | | √ | T | | | | | |
| 7 | NUVEEN SELECT #1 | D | DIV. | M | T | | | | | |
| 8 | " SELECT " 2 | D | " | M | T | | | | | |
| 9 | " MUNICIPAL VALUE | C | " | L | T | | | | | |
| 10 | PEERLESS MFG. | A | " | √ | T | | | | | |
| 11 | PEPSICO | D | " | N | T | | | | | |
| 12 | PIONEER NAT. RES. | NONE | | K | T | | | | | |
| 13 | PLAINS ALL MERICAN | C | DISTRB | K | T | | | | | |
| 14 | PUBLIC STORAGE INC | B | DIV. | K | T | | | | | |
| 15 | QUINTILES | NONE | | | | REDEMP | 9/26 | √ | N/A | |
| 16 | ROYAL DUTCH | B | DIV. | K | T | | | | | |
| 17 | SBC | A | " | √ | T | | | | | |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| Description of Assets | Income Amt Code 1 (A-H) | Type (Div, Rent, Int) | Gross Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (Buy, Sell, Redemption) | Date Month Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 SABINE ROYALTY | E | DIST. | M | T | | | | | |
| 2 ST. PAUL COS. | B | DIV. | K | T | | | | | |
| 3 TXU | A | " | K | T | | | | | |
| 4 TVA | B | " | K | T | | | | | |
| 5 YUMS | | NONE | K | T | | | | | |
| 6 TUPPERWARE | A | DIV. | J | T | | | | | |
| 7 AQUILA — | | NONE | J | T | | | | | |
| 8 WESTAR | A | DIV | K | T | | | | | |
| 9 WHIRLPOOL | A | " | J | T | | | | | |
| 10 ZWEIG | B | " | K | T | | | | | |
| 11 ALLIANCE TECH | B | DIST. | K | T | | | | | |
| 12 ~~ALLIANCE~~ | | | | | | | | | |
| 13 CARDINAL SELF STORAGE | C | DIST. | K | W | | | | | |
| 14 | | | | | | | | | |
| 15 TREAS. NOTES 6/03 DUE | C | INT | | | | 6/30 RED. | | 1/10 GAIN | |
| 16 " " 9/06 DUE | C | INT. | L | T | | | | | |
| 17 " " DUE 1/11 | C | INT. | L | T | | | | | |

Income Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
U=Book value V=Other W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| Description of Assets | Income | | Gross Value | | Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt Code | Type | Value Code | Value Method | Type | Month Day | Value Code | Gain Code | Identity of buyer/seller | |
| NONE (No reportable income, | | | | | | | | | | |
| 1 FED. HOME LOAN MGE NOTE 2.875% | C | INT. | | | REDEMP. | 9/6 | K | H6 | CASH | |
| 2 " " " " 1.42% | C | INT. | | | " | 6/25 | M | L6 | CASH | |
| 3 BK NY NOTES | B | " | K | T | | | | | | |
| 4 TVA NOTES | D | " | L | T | | | | | | |
| 5 FED HOME LOAN DUE 11/16 | D | " | M | T | | | | | | |
| 6 | | | | | | | | | | |
| 7 UNIV. CONNECT. 3/01 | B | " | K | T | | | | | | |
| 8 Richardson TX 4/98 | D | " | M | T | | | | | | |
| 9 Austin TX 1/01 | D | " | M | T | | | | | | |
| 10 Comerica PFD 7.6% | C | DIV | L | T | | | | | | |
| 11 SBC NOTES 6/01 | D | INT. | L | T | | | | | | |
| 12 | | | | | | | | | | |
| 13 Aquila T. 8.75 PFD | C | DIV | K | T | | | | | | |
| 14 FLT ISD 5a '06 | B | INT | L | T | | | | | | |
| 15 San Antonio 5a '25 | C | INT. | M | T | | | | | | |
| 16 TREAS NOTES 5a 8/15/11 | B | INT | L | T | | | | | | |
| 17 | | | | | | | | | | |

Income Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
(See Cols. B1, D4)  F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000
Value Codes: J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
(See Cols. C1, D3)  N =$250,001-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000  P4 =More than $50,000,000
Value Method Codes: Q =Appraisal  R =Cost (real estate only)  S =Assessment  T =Cash/Market
(See Col. C2)  U =Book value  V =Other  W =Estimated

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | Description of Assets | Amount Code | Type | Value Code | Value Method | Type | Date Month/Day | Value Code | Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, | | | | | | | | |
| 1 | TREAS. NOTES 3, '04 | B | Int. | K | T | | | | |
| 2 | " " 3.25 '04 | B | " | L | T | | | | |
| 3 | Victoria Tx 4.65 12/07 | B | " | L | T | | | | |
| 4 | | | | | | | | | |
| 5 | South Carolina 4.75 1/32 | None | — | L | T | Buy | 11/3 | L | None |
| 6 | Jeff Fla. 4.625 1/33 | " | — | L | T | Buy | 9/17 | L | None |
| 7 | Tx State Water 5, 1/36 | B | Int. | L | F | Buy | 5/30 | L | " |
| 8 | Kansas 4, 8/114 | None | — | L | T | Buy | 5/19 | L | " |
| 9 | TREAS Inflation Hod 3.5 1/11 | C | Int. | M | T | Buy | 4/10/04 | L | " |
| 10 | Treas Inflation Notes 7/13 1.875 | A | " | L | T | Buy | 8/13 | K | " |
| 11 | Kinder Morgan Pthrs | A | Dist. | J | T | Buy | 5/03 8/0 | J | " |
| 12 | TREAS. Bonds 5.375 '31 | B+ | Int. | M | T | Buy | 8/1 | M | " |
| 13 | FNMA 1.5, 1/8/04 | B | Int. | M | T | Buy | 7/1 | M | " |
| 14 | Public Storage pfd 6.5 | None | — | L | T | Buy | 9/16 | L | " |
| 15 | (This is addition to Public Storage listed Line 14, p.3) | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets | B. Income | | C. Gross Value | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Amount Code | Type | Value Code | Value Method | Type | Date | Value Code | Gain Code | Identity |
| | NONE (No reportable income, | | | | | | | | | |
| 1 | INDUSTRIAL IMU CORP. | C | DISTRIB | N | U | (BOOK VALUE) | | | | |
| 2 | SERIES E BONDS | NONE | K | T | | | | | | |
| 3 | UNDIV. INT. FARM LAND | NONE | K | W | | | | | | |
| 4 | TEXACO PERRYMAN RGTY | A | ROYLTY | J | W | | | | | |
| 5 | KOCH OIL | A | " | " | " | | | | | |
| 6 | TRANSFUEL | A | " | " | " | | | | | |
| 7 | DOUBLE DIAMOND | " | " | " | " | | | | | |
| 8 | FARM LAND | NONE | N | W | | | | | | |
| 9 | MEDCO HEALTH SOLUTIONS | NONE | J | T | SPINOFF | | | | | |
| 10 | (SPINOFF FROM MERCK - LISTED LINE 3, p. 3 ) | | | | | | | | | |
| 11 | HEWSCORP | NONE | | T | BUY | 14/04 | J | | | |
| 12 | HUGHES ELECTRONICS | NONE | J | T | SPINOFF | | | | | |
| 13 | (SPINOFF FROM GENE MOTORS - LISTED LINE 13, p. 2 ) | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SANDERS | 7/1/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets | B. Amt Code | C. Type | D. Value Code 2 | D. Value Method | D. Type buy/sell | D. Date | D. Value Code | D. Gain Code | D. Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Home Depot | A | DIV. | √ | T | | | | | |
| 2 MFS | " | " | " | " | | | | | |
| 3 MERCK | " | " | " | " | | | | | |
| 4 SW AIRLINES | " | " | " | " | | | | | |
| 5 EVERGREEN MONEY MKT | " | INT | " | " | | | | | |
| 6 NUVEEN TAX FREE | " | " | K | " | | | | | |
| 7 NI SOURCE | " | DIV. | √ | " | | | | | |
| 8 BIO PURE | HONE | √ | " | | | | | | |
| 9 YAHOO | R | DIY | " | " | | | | | |
| 10 TIME WARNER | " | " | R | " | | | | | |
| 11 (FORMERLY LISTED AS AMERICA ON LINE) | | | | | | | | | |
| 12 CITIZENS CORE | HONE | √ | T | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| Description of Assets | A. Income Amount Code | A. Income Type | B. Gross Value Value Code 2 | B. Gross Value Method Code 3 | D. Type | D. Date Month/Day | D. Value Code 2 | D. Gain Code 1 | D. Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income,) ERA | | | | | | | | | |
| 1 TREAS NOTE DUE 1'05 | A | INT. | ✓ | T | | | | | |
| 2 CITIZENS CORE GRP | NONE | K | T | | | | | | |
| 3 BALLARD POWER | NONE | ✓ | T | | | | | | |
| 4 LIBERTY PROPTY | B | DIV | K | T | | | | | |
| 5 MOTOROLA | A | DIV. | W | J | | | | | |
| 6 TREAS NOTE DUE 5/07 | A | INT. | ✓ | T | Buy | 4/10 | ✓ | | |
| 7 BRINKER INTERNAT'L. | NONE | K | T | | | | | | |
| 8 PEPSICO | A | DIV. | K | T | | | | | |
| 9 PILGRIM | A | INT. | ✓ | T | | | | | |
| 10 (NOW INC PRIME RATE- NAME CHANGE) | | | | | | | | | |
| 11 TX INSTMNTS | A | DIV. | ✓ | T | | | | | |
| 12 YUM | NONE | ✓ | T | | | | | | |
| 13 OFFICE MAX | NONE | | | SELL | 5/16 62 | ✓ | | NO GAIN | |
| 14 (BOUGHT 3/97 – CODE ✓) | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
U=Book value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SANDERS | 7/1/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

① Line 9, p. 6 - TREAS. 3.5 INFLATION/INDEX NOTES DUE 1/11

② LINES 6 & 13, p. 9 - ▇▇▇▇ IRA

INADVERTENT OMISSIONS FROM PREVIOUS REPORTS

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Date 7/1/04

NOTE: ANY INDIVIDUAL WHO KN▇▇▇▇▇▇▇ WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CR▇▇▇▇▇▇▇ONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544